IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. MERIDITH,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC CHOICE SEAFOOD, INC.,<br>*in personam*, and F/V SEA PRINCESS, Official<br>No. 630024, its engines, tackle, apparel, furniture,<br>etc., *in rem*,<br><br>    Defendants.<br>_____/ | No. C 04-05392 WHA<br><br>**COURT NOTICE RE**<br>**ADVANCING TRIAL DATE** |

Your case is set for trial in September 2006. The Court would like to consider advancing the trial to April or May 2006. Please file a joint statement by **MARCH 1, 2006**, as to this prospect.

**IT IS SO ORDERED.**

Dated: February 23, 2006.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE